USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIOLETA VASQUEZ DEMELENDEZ,

                Plaintiff,

-against-

COSTCO WHOLESALE CORP. et al.,

                Defendants.

---

23-CV-04435 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The post-discovery conference scheduled for **Wednesday, September 4, 2024, at 4:00 p.m.**, will be held as scheduled, but will now be a status conference. The parties shall be prepared to discuss how the remaining discovery will be conducted in this case, including reviewing in advance the Court's form proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: August 23, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge